**DISMISS and Opinion Filed May 31, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00514-CV**

**METHODIST DALLAS MEDICAL CENTER, Appellant**

**V.**

**EVONNE CASTILLO, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07504-L**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

Before the Court is appellant's May 17, 2013 motion to dismiss the appeal. Appellant

informs the Court that appellee has dismissed her claims against it. Accordingly, we grant

appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Carolyn Wright/
CAROLYN WRIGHT
130514F.P05                                      CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

METHODIST DALLAS MEDICAL
CENTER, Appellant

No. 05-13-00514-CV    V.

EVONNE CASTILLO, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-07504-L.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 31, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE